UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Doe 349 1809135
Termain Hunter 349-19-00661
Randolph 349-18- Et al
Joseph Belmar 3491809158

Write the full name of each plaintiff.

-against-

Cephus Vance,
The City of New York
municipal Corporation
New York State

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**19cv4638**

No. _____
(To be filled out by Clerk's Office)

**Class Action**
**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

RECEIVED SDNY PRO SE OFFICE
2019 MAY 16 PM 3:48
S.D. OF N.Y.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: New York Equal protection of law & Constitut

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Joseph _____ Belmar
First Name   Middle Initial   Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

349-18-09158
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

AMKC - C95
Current Place of Detention

18-18 Hazen St
Institutional Address

New York           New York       11370
County, City           State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: Cyrus
Last Name: Vance
Shield #: DA
Current Job Title (or other identifying information): District Attorney New York County
Current Work Address: 80 Centre St
County, City: NY
State: NY
Zip Code: 10016

Defendant 2:
First Name: New City
Last Name: Municple
Shield #: Corporation
Current Job Title (or other identifying information): 100 Church St Corporation Counsel
Current Work Address: NY
County, City: NY
State: NY
Zip Code: 10016

Defendant 3:
First Name: New York
Last Name: State
Shield #:
Current Job Title (or other identifying information): Judges and Officers NYCCHY
Current Work Address: 100 Church St
County, City: NY
State: NY
Zip Code: 10016

Defendant 4:
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: New York city

Date(s) of occurrence: Dec 25 - ongoing 2019

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

The City of New York, County of Manhattan, and its Appellate Division Dept are allowing the Manhattan DA to deprive it citizens and territorial resident to deprive of its United States Constitution and New York State Due process and equal protection of laws Grand Jury Due Process and its liberty interest to Fraudulently and illegally Detain, Disenfranchise and Be Deprive Civil Rights under force of State laws authority. It is Deprive citizens right to Jury Trial and Fair and impartial Grand Jury right under the guise of Felony Prosecution Depriving Blacks Latino and Mentally Challenged Citizens Constitutional Due Process Rights to loss of Liberty and Liberty interest where one Federal Jurisdiction is needed to ensure Constitutional Disenfranchisement

Page 4

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Pain suffering, mental suffering, Loss of Consortium, Trauma mental and physical

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

100,000 each member of Class for each violation of Constitutional rights

one hundred thousand each member of Class

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4-16-19

Plaintiff's Signature: Scott Evans  3/8/19 00216

First Name: Joseph

Middle Initial: (A)

Last Name: Belmar

Prison Address: 158-18 Aneres St

County, City: Queens

State: NY

Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 5-2-19

District Attorney Manhattan for violating Federal and State Grand Jury Rights and Privileges, under Due Process and liberty interest, not limited to threats of vindictive prosecution, selective prosecution and violating the Constitutional Equal Protection of Law. Involving Constitutional Grand Jury Practices.

Fermin Hunter
349-19-00661

Randal Brookscott

John Doe
Anthony William
349-18-09135

R Timmons
349-19-02118

Scott Evans
3101900216

Telephone requests of records over the District Attorney Manhattan for violating Federal and State Grand Jury Rights and privileges, under Due Process and liberty interest, not limited to threats of vindictive prosecution, selective prosecution and violating the Constitutional Equal protection of law. Involving Constitutional Grand Jury practices.

Fermin Hunter
349-19-00661

349-19-02189
Joseph Dalto

Joseph Belmar
349-18-09158

Petitioners request the City of New York's District Attorney Manhattan for violating Federal and State Grand Jury Rights and Privileges, under Due Process and liberty interest, not limited to threats of vindictive prosecution, selective prosecution and violating the Constitutional equal protection of laws, involving Constitutional Grand Jury Practices.

Fermin Hunter
349-19-00661

Randel Betancourt

Jose M Torras
141-19-02177

MR. SHADRISS CAMESPI (?)
349-19-01042

Gilbert Streeter
895-19-00325

District Attorney Manhattan for violating Federal and State Grand Jury Rights and Privileges, under Due process and Liberty interest, not limited to threats of vindictive prosecution, Selective Prosecution and violating the Constitutional Equal Protection of Law, Involving Constitutional Grand Jury Practices.

Fermin Hunter
349-19-00661

M. Simond
Matthew Simond
3491805397

C. Randolph

BRYAN UN
3491808231

J. Doe
349-...

# WAIT FOR JUSTICE AT RIKERS IS A FOUR-YEAR

### BY REUVEN BLAU
### NEW YORK DAILY NEWS

When detectives arrested Idel Porter for attacking a psychiatric hospital orderly, he thought his case would snake its way through the system in a matter of days.

Four years and four months later, Porter is one of the longest-serving inmates in the city's Correction Department.

Porter, 28, who has been found mentally unfit to stand trial, waits for the criminal justice system to figure out a way forward.

"I never had a client like Joel as far as how long it has gone on," said his lawyer Adam Konta. "He's someone who desperately needs long-term care, and care with a purpose."

Porter is not alone.

Correction officials say there are 3,597 incarcerated people — 45% of the entire jail population — who have some level of mental illness. That figure has steadily risen over the last decade.

Advocates for people with mental health issues are lobbying criminal justice officials to "redirect" these type of cases into the mental



# NIGHTMARE

## E. Harlem man found mentally unfit for

offer treatment instead of criminalization," said Cheryl Roberts, executive director of the Greenburger Center for Social and Criminal Justice.

The organization is in the midst of creating "Hope House on Crotona Park in the Bronx, a 25-bed "Alternative to Incarceration" facility where defendants with mental illness can get treatment for up to two years.

The de Blasio administration plans to build four new modern jails that will likely include built-in medical clinics as part of the ambitious plan to shut down Rikers.

But Roberts and other advocates for people in jail are urging the de Blasio administration to take mentally ill defendants out of the Correction Department jurisdiction.

"We should not be making it easier for the criminal justice system to manage this population," she said. "We should change the system where it is run by mental health officials. We should redirect these defendants into the mental health system."

Currently, few options exist for someone like Porter.

He has been diagnosed with everything from an unspecified schizophrenia to a Psychotic disorder to bipolar disorder. His mother believes he suffers from sensory depression, which has been experienced during his time in jail.

Kona, his lawyer, has proposed placing him in the state-run Creedmoor Psychiatric Center in Queens, where medical staff can provide long-term care.

Manhattan District Attorney Cy Vance Jr.'s staff has rejected that option.

"While we do not believe the program proposed by defense counsel in this case is suitable to hold the defendant accountable and get him appropriate help, we are in discussions to reach a reasonable and timely disposition in this case," said DA spokesman Justin Henry.

Porter's downward spiral began in the 2000s after someone stole a new winter jacket his mother had given him.

"I went to order some food and put it down carelessly and somebody snatched it," Porter recalled. "When I confronted the person he [had] sold it to someone else."

He eventually found out who bought it but that person refused to return the jacket. Porter tried to take it back and was later arrested for robbery, his family says.

Details of that case remain unclear because the file has since been sealed.

Porter, who was a teen at the time, spent three months at Rikers and missed his high school graduation before his mother could bail him out.

"It was hard because I was going to school and doing good," Porter said.

He struggled to adjust to life in Rikers and was totally changed by the experience, said his mother, Elfreda Gonsalves, who lived with her son in a two-bedroom apartment at the New York City Housing Authority's Governor DeWitt Clinton Houses in East Harlem.

Gonsalves said she did everything possible to raise him in a loving environment. Porter thrived in school and never seemed to have any mental issues.

But life in that housing project was not all rosy. Weeks after his fifth birthday, his father abruptly left the family after beginning a relationship with a baby-sitter.



"How much are we going to suffer?"

# trial – system doesn't know what to do with him

according to Gonsalves. Porter was devastated.

His father's absence weighed heavily on Porter growing up. When he was released from Rikers and found out his father was living in Florida, Porter flew down to visit him and several young half-siblings.

There, he struggled to find work and didn't want to be a drain on the family. So he flew back to New York without telling his mother. When he arrived in East Harlem, she wasn't home and the door was locked.

He panicked.

According to his version of events, he passed out and was found by a neighbor who called 911. He woke up in the ambulance and asked to be taken to Lenox Hill Hospital, where his mother worked as a receptionist for 25 years.

Doctors there believed he was having some kind of mental breakdown and put him in the psychiatric ward, according to family. He spent three weeks there, but medical staff was eager to discharge him.

That's when authorities say Porter exploded.

A hospital orderly, who was also a friend of the family, urged him to listen to his mother and get his life in order, Porter says.

But he attacked the unidentified man, punching him in the face and breaking a tooth, the criminal complaint says. The orderly fell to the floor and Porter stomped him on his head and body more than six times, the Manhattan district attorney's office says.

Porter never talks about what actually happened during the fight and insists it has been overblown.

His mother points out he was in a mental unit where patients are expected to be properly cared for and blocked from lashing out.

The DA has a very different take.

Porter is facing attempted murder charges and the DA's office has refused to release him to one of the city's few in-house facilities assisting people with mental health issues.

In response, his lawyer refuses to agree to a deal that does not include some kind of long-term health planning.

"Over the years, we put forth two comprehensive proposals that would deal with his medical and mental health issues," Konta said. "To just give him a prison sentence and send him out into the world is extremely shortsighted."

Porter's health has deteriorated as he waits for the case to be adjudicated. He now requires weekly dialysis – which he never needed before his time in jail.

A self-proclaimed foodie, Porter says he has missed meals due to some of those sessions. Before his arrest, Porter volunteered at the Boys & Girls Club of Harlem's mentoring youngsters. He loves basketball and keeps up to date on all the latest news in the NBA with ESPN magazines his mother brings during her weekly visits.

After traveling more an hour to see him she's sometimes turned away when he's undergoing dialysis. Porter has also spent long stretches in Bellevue Hospital for a host of ailments.

He has ambitious dreams of going back to school and becoming a pharmacist or dietitian or a college athlete.

"I need help but I don't want to sit here all day," he said during an interview inside the North Infirmary Command facility at Rikers. "I don't want to be let out into the city and then have the same problems and relapse."

His mother is more concerned about his current status and worried he won't make it out of jail alive.

"I'm afraid he won't be able to take it no more and start talking against authority," she said.

As a single mother, Gonsalves worked long hours and wishes she got more involved after doctors said Porter is bipolar, which she believes is a wrong diagnosis.

"I feel guilty," she said. "I loved my son, but didn't know how to find resources."

But she's not giving up hope that he will soon be sent back home.

"It's not fair," she said. "How much are we going to suffer?"

Joseph Belman
309180 9158
18-18 Heren St
West Colony NY
11370

Pro se
EK

United States District Court
Eastern District of New York
U.S. Courthouse
500 Pearl St
New York, New York 10007-1312